# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MICHAEL WAYNE MABE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00162-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH WHITENER | ) | |
| SORRELL SAUNDERS | ) | |
| GEORGE SOLOMON | ) | |
| FNU JONES | ) | |
| BETTY BROWN, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2015, Order.

February 9, 2015

Frank G. Johns, Clerk
United States District Court